# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARY M LAILE,** : | |
| Plaintiffs, : | Case No. 2:19-cv-3689 |
| | **Judge Michael H. Watson** |
| v. : | **Chief Magistrate Judge Elizabeth P. Deavers** |
| **ANDREW K. MITCHELL,** *et al.*, : | |
| Defendants. : | |

## ORDER

The undersigned hereby recuses herself from the above-styled case. The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: August 26, 2019         /s/ *Elizabeth A. Preston Deavers*
                              **ELIZABETH A. PRESTON DEAVERS**
                              **UNITED STATES MAGISTRATE JUDGE**