IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mary M. Laile (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent),<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Andrew K. Mitchell, et. al.<br>　　　　　　Defendants. | CIVIL ACTION NO. 2:19-cv-3689<br><br><br>JUDGE SARAH D. MORRISON<br><br><br>MAGISTRATE JUDGE<br>KIMBERLY L. JOLSON |

PLAINTIFF MARY M. LAILE'S STATUS REPORT OF SETTLEMENT EFFORTS

Plaintiff Mary M. Laile, (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent), by and through the undersigned counsel, hereby makes the following STATUS REPORT pursuant to the Court's November 25, 2019 ORDER (Doc. #:4).

The undersigned counsel has had preliminary settlement discussions with Westley K. Phillips, Esq. counsel for the City Defendants. The parties have agreed to mediation and have identified the mediator. The mediator was not available during the month of December, 2019. It is hopeful that mediation can occur yet in January or early February, 2020.

　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　/s/ John W. Waddy, Jr.
　　　　　　　　　　　　　　John W. Waddy, Jr.
　　　　　　　　　　　　　　Sup. Ct. Atty. Reg. No. 0009562
　　　　　　　　　　　　　　111 Hamilton Park
　　　　　　　　　　　　　　Columbus, Ohio 43203
　　　　　　　　　　　　　　(614) 463-9518
　　　　　　　　　　　　　　FAX 461-1299
　　　　　　　　　　　　　　E-MAIL JWADDY@EE.NET
　　　　　　　　　　　　　　Trial Attorney for Plaintiff