# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARY M. LAILE,**

      **Plaintiff,**

  v.                                **Civil Action 2:19-cv-3689**
                                           **Judge Michael H. Watson**
                                           **Magistrate Judge Jolson**

**ANDREW K MITCHELL, et al.,**

      **Defendants.**

## DEFICIENCY NOTICE

This matter is scheduled for a preliminary pretrial conference on March 11, 2020.  As set forth in the Notice of Preliminary Pretrial Conference (Doc. 15), the report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.  The required form can be found on the Court's website, www.ohsd.uscourts.gov.  To date, the parties have failed to file their joint Rule 26(f) Report.  Consequently, the parties are hereby advised of their deficiency.

Date: March 5, 2020                                               /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE