IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY M. LAILE,

      Plaintiff,

  v.                                Civil Action 2:19-cv-3689
                                        Judge Michael H. Watson
                                        Magistrate Judge Jolson

ANDREW K MITCHELL, et al.,

      Defendants.

## MEMORANDUM OF FIRST PRETRIAL CONFERENCE

This matter came before the Court on March 11, 2020 at 3:00 p.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure. Counsel appeared as follows:

For Plaintiff:

John W. Waddy, Jr.

For Defendant:

Westley M. Phillips and Joseph M. Gibson, Jr. for Defendants City of Columbus and Kim Jacobs

The following matters were considered:

SETTLEMENT

The parties are attempting to resolve this case extrajudicially and have scheduled a mediation for March 30, 2020.  By April 6, 2020, the parties shall notify the Undersigned via email of the results of that mediation.  In the interim, this case is STAYED, including briefing on Defendants' Motion for Judgment on the Pleadings (Doc. 14).

    IT IS SO ORDERED.

Date:  March 11, 2020                              /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                             UNITED STATES MAGISTRATE JUDGE