# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARY M. LAILE,**

      **Plaintiff,**

                                       Civil Action 2:19-cv-3689
                                       Judge Michael H. Watson
**v.**                                     Magistrate Judge Jolson

**ANDREW K MITCHELL, et al.,**

      **Defendants.**

## ORDER

This case has been reported settled. A **Telephonic status conference will be held on May 28, 2020, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date: March 31, 2020                              /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE