IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mary M. Laile (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent),<br>    Plaintiff,<br><br>vs.<br><br>Andrew K. Mitchell, et. al.<br>    Defendants. | CIVIL ACTION NO. 2:19-cv-3689<br><br>JUDGE MICHAEL H. WATSON<br><br>MAGISTRATE JUDGE<br>KIMBERLY L. JOLSON |

<u>JOINT STATUS REPORT OF THE PARTIES</u>

Plaintiff Mary M. Laile, (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent), by and through the undersigned counsel, Defendants City of Columbus and Kim Jacobs by and through the undersigned counsel, hereby makes the following STATUS REPORT pursuant to the Court's July 15, 2020 ORDER:

The parties have arrived at a tentative settlement subject to approval of Franklin County Probate Court. Plaintiff will seek a two-part bifurcated order from the Probate Court. The first request will be for the approval of the settlement amount and for authority to execute the proposed release and a dismissal of the within action with prejudice. The second request will address the proposed distribution of the settlement funds to the surviving family members. Plaintiff avers that an additional 45 days may be sufficient to accomplish the first part of the bifurcated Probate proceedings.

Respectfully submitted

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio 43203
(614) 463-9518
FAX 461-1299
E-MAIL JWADDY@EE.NET
Trial Attorney for Plaintiff

/s/ Westley M. Phillips
By /s/ John W. Waddy, Jr. per
Email authority of 8 31 2020
Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:    (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31sth day of August, 2020, I electronically filed the foregoing JOINT STATUS REPORT OF THE PARTIES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACK KLEIN, CITY ATTORNEY**

Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:    (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio  43203
(614) 463-9518
FAX   461-1299
E-mail Jwaddy@ee.net
Trial Attorney for Plaintiff

3