UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mary M. Laile,
as personal representative and
Special Administrator of the Estate
of Donna Gail Castleberry,
AKA Donna Gail Dalton, decedent,

    Plaintiff,

v.

Andrew K. Mitchell, *et al*,

    Defendants.

Case No. 2:19-cv-3689

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Plaintiff, the City of Columbus, and Kim Jacobs have reached a settlement in this matter, but the settlement is subject to approval from the Franklin County Probate Court. ECF No. 24. The parties anticipate the approval occurring in a two-part process, with the first part to occur in approximately forty-five days. *Id.*

Pursuant to the above, the Court **TERMINATES AS MOOT** the City of Columbus's and Kim Jacob's motion for judgment on the pleadings, ECF No. 14. The parties are **DIRECTED** to inform the Court if the need to reactivate that motion arises. Further, because the status report did not mention all defendants, the parties are **DIRECTED** to file another notice informing the Court of the status of Plaintiff's claims against Andrew K. Mitchell.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT