IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mary M. Laile (as personal representative     CIVIL ACTION NO. 2:19-cv-3689
and Special Administrator of the Estate of
Donna Gail Castleberry AKA Donna Gail
Dalton, Decedent),

                     Plaintiff,

                                JUDGE MICHAEL H. WATSON

vs.

Andrew K. Mitchell, et. al.                  MAGISTRATE JUDGE
                                     KIMBERLY L. JOLSON
                     Defendants.

<u>SECOND JOINT STATUS REPORT OF THE PARTIES</u>

       Plaintiff Mary M. Laile, (as personal representative and Special Administrator of

the Estate of  Donna Gail Castleberry AKA Donna Gail Dalton, Decedent), by and

through the undersigned counsel, Defendants City of Columbus and Kim Jacobs by and

through the undersigned counsel, hereby makes the following STATUS REPORT

pursuant to the Court's September 1, 2020 ORDER:

       In their Joint Status report filed herein on August 31, 2020 (Doc#24), the parties

reported that they  have arrived at a tentative settlement subject to approval of Franklin

County Probate Court for the approval of the settlement amount and for authority to

execute the proposed release and a dismissal of the within action with prejudice.

Approval of the proposed settlement is expected as all but one of the interested relatives

or parties has signed a waiver consenting to the approval. One essential relative whose

waiver signature is required is out of town and not available for upwards to two weeks.

Upon that person's return, the required signature will be obtained and filed with Probate

Court. Thereafter, absent any unforeseen issues, it is expected that the Court will approve

of the settlement.

The next step thereafter is for the City of Columbus pass the appropriate legislation approving the settlement and allocating the funds. Once this has been done, the parties intend to file a stipulated dismissal with prejudice.

Respectfully submitted

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio 43203
(614) 463-9518
FAX 461-1299
E-MAIL JWADDY@EE.NET
Trial Attorney for Plaintiff


/s/ Westley M. Phillips
By /s/ John W. Waddy, Jr. per
Email authority of 10-13-2020
Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:    (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 13th day of October, 2020, I electronically filed the foregoing

SECOND JOINT STATUS REPORT OF THE PARTIES with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the following:

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACK KLEIN, CITY ATTORNEY**

Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:     (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio  43203
(614) 463-9518
FAX   461-1299
E-mail Jwaddy@ee.net
Trial Attorney for Plaintiff
