IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mary M. Laile (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent),<br>    Plaintiff,<br><br>vs.<br><br>Andrew K. Mitchell, et. al.<br>    Defendants. | CIVIL ACTION NO. 2:19-cv-3689<br><br>JUDGE MICHAEL H. WATSON<br><br>MAGISTRATE JUDGE<br>KIMBERLY L. JOLSON |

FOURTH JOINT STATUS REPORT OF THE PARTIES

Plaintiff Mary M. Laile, (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent), by and through the undersigned counsel, and Defendants City of Columbus and Kim Jacobs by and through the undersigned counsel, hereby makes the following STATUS REPORT pursuant to the Court's November 16, 2020 NOTATION ORDER (DOC 30).

Plaintiff Mary M. Laile, (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent) has executed a final release of all claims and has fully accepted the settlement terms on behalf of the Estate and beneficiaries.

The next step is for the City of Columbus pass the appropriate legislation approving the settlement and allocating the funds. Once this has been done, the parties intend to file a stipulated dismissal with prejudice.

1

Respectfully submitted

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio 43203
(614) 463-9518
FAX 461-1299
E-MAIL JWADDY@EE.NET
Trial Attorney for Plaintiff

/s/ Westley M. Phillips
By /s/ John W. Waddy, Jr. per
Email authority of 12-29-2020
Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:    (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2020, I electronically filed the foregoing THIRD JOINT STATUS REPORT OF THE PARTIES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACK KLEIN, CITY ATTORNEY**

Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:    (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio  43203
(614) 463-9518
FAX   461-1299
E-mail Jwaddy@ee.net
Trial Attorney for Plaintiff