IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mary M. Laile (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent),<br><br>    Plaintiff,<br><br>vs.<br><br>Andrew K. Mitchell, et. al.<br><br>    Defendants. | CIVIL ACTION NO. 2:19-cv-3689<br><br><br>JUDGE MICHAEL H. WATSON<br><br><br>MAGISTRATE JUDGE<br>KIMBERLY L. JOLSON |

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary M. Laile, (as personal representative and Special Administrator of the Estate of Donna Gail Castleberry AKA Donna Gail Dalton, Decedent), by and through the undersigned legal counsel, and Defendants City of Columbus and Kim Jacobs, by and through the undersigned counsel, hereby stipulate that this Civil Action is dismissed with prejudice to further action as to all defendants, inclusive of Defendant Andrew K. Mitchell.

    Respectfully submitted,

    */s/John W. Waddy, Jr*
    John W. Waddy, Jr. (0009562)
    111 Hamilton Park
    Columbus, Ohio 43203
    (614) 463-9518
    Fax 614-461-1299
    jwaddy@ee.net.
    Attorney for Plaintiffs

/s/ Westley M. Phillips *
Westley M. Phillips (0077728)
Assistant City Attorney
77 North High Street, 5th Floor
Columbus, Ohio 43215
(614) 645-7385
(614) 645-6949 (F)
wmphillips@columbus.gov
Attorney for Defendants Kim Jacobs &
City of Columbus

*By JWWJR per email authority granted 2/22/21

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2021, I electronically filed the foregoing Stipulation of Dismissal of Civil Action with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACK KLEIN, CITY ATTORNEY**

Westley M. Phillips (0077728) -Lead
Joseph M. Gibson, Jr. (0025430)
Assistant City Attorneys
77 North Front Street
Columbus, Ohio 43215
Tele:   (614) 645-7385
Fax:   (614) 645-6949
wmphillips@columbus.gov
jmgibson@columbus.gov
Attorneys for Defendants
City of Columbus and Kim Jacobs

/s/ John W. Waddy, Jr.
John W. Waddy, Jr.
Sup. Ct. Atty. Reg. No. 0009562
111 Hamilton Park
Columbus, Ohio  43203
(614) 463-9518
FAX   461-1299
E-mail Jwaddy@ee.net
Trial Attorney for Plaintiff

3